**Order entered October 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01132-CV

### IN RE JOSHUA CORNELL SKINNER, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-20176**

### ORDER

Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Based on the Court's opinion of today's date, we **DISMISS** relator's October 19, 2022 petition for want of jurisdiction.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE